UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK BYRNE,

    Plaintiff,

v.                                            CASE NO. 8:20-cv-257-T-23TGW

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 20), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

The clerk is directed to close the case.

ORDERED in Tampa, Florida, on July 6, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE